IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

    v.                                   NO. CIV. S-09-1318 GGH

JOHN ALTMAN, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        The case is before the undersigned pursuant to 28 U.S.C. § 636(c) (consent to proceed before a magistrate judge).  In their joint status report, the parties state their request for an early settlement conference, and stipulate to the undersigned acting as the settlement judge.

        Accordingly, IT IS ORDERED that:

        1. This case is scheduled for an early settlement conference before the undersigned on November 6, 2009, at 9:00 a.m. in courtroom #24.

        2. Parties shall submit confidential settlement conference statements to chambers one week before the conference.  The court will further schedule this case if early settlement conference is not successful.

DATED: September 1, 2009

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

GGH/076:Johnson1318.set.wpd